**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Dawn Smith | ) | |
| | ) | |
| Plaintiff, | ) | Judge Feinerman |
| | ) | |
| - vs- | ) | Case No.: 11 C 2065 |
| | ) | |
| PCA Acquisitions V, LLC, a/k/a | ) | Magistrate Judge Ashman |
| Portfolio Asset Group, a Delaware | ) | |
| limited liability company, Phillips | ) | |
| & Cohen Associates, Ltd., a New Jersey | ) | |
| Corporation, and Creditors Interchange | ) | |
| Receivable Management, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PCA ACQUISITIONS V, LLC'S FEDERAL RULE
7.1(a) CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES the defendant, PCA Acquisitions V, LLC a/k/a Portfolio Asset Group, through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Local Rule 3.2 requires an LLC to disclose each member.

- 2 -

    3.    PCA Acquisitions V, LLC has no parent corporation and no publically held corporation owns 10% or more of its stock. The members of PCA Acquisitions V, LLC are Matthew Phillips, Adam Cohen and Howard Enders.

        Respectfully submitted,

        /s/ Nicole Barrett
        Attorney for Defendant PCA Acquisitions V, LLC

Nicole Barrett
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone:  (312) 578-0992
Facsimile:  (312) 578-0991
nbarrett@sessions-law.biz

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2011, a copy of the foregoing **Defendant's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Philipps
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road.
Suite One
Palos Hills, Illinois 60465


/s/ Nicole Barrett
Attorney for Defendant PCA Acquisitions V, LLC