**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Dawn Smith | ) | |
| | ) | |
| Plaintiff, | ) | Judge Feinerman |
| | ) | |
| - vs- | ) | Case No.: 11 C 2065 |
| | ) | |
| PCA Acquisitions V, LLC, a/k/a | ) | Magistrate Judge Ashman |
| Portfolio Asset Group, a Delaware | ) | |
| limited liability company, Phillips | ) | |
| & Cohen Associates, Ltd., a New Jersey | ) | |
| Corporation, and Creditors Interchange | ) | |
| Receivable Management, LLC, a | ) | |
| Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PHILLIPS & COHEN ASSOCIATES, LTD.'S FEDERAL
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT
AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES the defendant, Phillips & Cohen Associates, Ltd., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Local Rule 3.2 requires a corporate party to disclose "any entity owning more than 5% of the corporation."

- 2 -

      3.      Phillips & Cohen Associates, Ltd. has no parent corporation and no publically held corporation owns 10% or more of its stock. Phillips & Cohen Associates is owned by Matthew Phillips, Adam Cohen and Howard Enders.

      Respectfully submitted,

      /s/ Nicole Barrett
      Attorney for Phillips & Cohen Associates, Ltd.

Nicole Barrett
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone:   (312) 578-0992
Facsimile:   (312) 578-0991
nbarrett@sessions-law.biz

Attorney for Phillips & Cohen Associates, Ltd.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2011, a copy of the foregoing **Defendant's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>David J. Philipps
>Mary E. Philipps
>Philipps & Philipps, Ltd.
>9760 S. Roberts Road.
>Suite One
>Palos Hills, Illinois 60465

>/s/ Nicole Barrett
>Attorney for Defendant Phillips & Cohen Associates, Ltd.